UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 24.45.181.232,<br><br>    Defendant. | Civil Action No. 2:19-cv-00468-NGG-SMG |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**<u>WITHOUT PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 24.45.181.232. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 30, 2019    Respectfully submitted,

                By: /s/ *Jacqueline M. James*
                   Jacqueline M. James, Esq. (#1845)
                   The James Law Firm, PLLC
                   445 Hamilton Avenue, Suite 1102
                   White Plains, New York 10601
                   T: 914-358-6423
                   F: 914-358-6424
                   E-mail:  jjames@jacquelinejameslaw.com
                   *Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

>By:  /s/ *Jacqueline M. James*
>Jacqueline M. James, Esq.