D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 24.45.181.232,<br><br>　　　　　　Defendant. | Civil Action No. 2:19-cv-00468-NGG-SMG |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 24.45.181.232. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 30, 2019　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　*/s/ Jacqueline M. James*
　　　　　　　　　　　　　　　　　　　　Jacqueline M. James, Esq. (#1845)
　　　　　　　　　　　　　　　　　　　　The James Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　　445 Hamilton Avenue, Suite 1102
　　　　　　　　　　　　　　　　　　　　White Plains, New York 10601
**So Ordered.**　　　　　　　　　　　　T: 914-358-6423
s/Nicholas G. Garaufis　　　　　　　　　F: 914-358-6424
_____　　　　E-mail: jjames@jacquelinejameslaw.com
**Hon. Nicholas G. Garaufis**　　　　　*Attorneys for Plaintiff*
**Date:** 10/3/19

1